IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIANNE POWELL-KLINE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 10-7418 |
| | : | |
| **F.H. CANN & ASSOCIATES, INC. et al.** | : | |

## ORDER

**AND NOW**, this 9th day of March, 2011, as stated during today's Chambers Conference, the Parties shall have a week to confer.  In the event the Parties fail to reach a settlement, they shall attend a Scheduling Conference on **Thursday, March 17, 2011 at 2:00 p.m.**

**IT IS SO ORDERED.**

/s/ Paul S. Diamond

_____
**Paul S. Diamond, J.**