IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIANNE POWELL-KLINE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 10-7418 |
| | : | |
| **F.H. CANN & ASSOCIATES, INC. et al.** | : | |

## ORDER

**AND NOW**, this 17th day of March, 2011, it is **ORDERED** as follows:

1. The Parties shall attend a Chambers Conference on **Tuesday, March 29, 2011 at 9:30 a.m. in Room 6613.** Lead trial counsel shall attend the Conference. Counsel should be familiar with all aspects of the case and shall have full authority to negotiate an amicable settlement. Counsel must be accompanied by his client or a representative with full settlement authority.

2. American Student Assistance representative Steven Pendenza shall attend the Conference. Counsel for Defendants shall ensure that Mr. Pendenza receives a copy of this Order.

**IT IS SO ORDERED.**

/s/ Paul S. Diamond
_____
**Paul S. Diamond, J.**